**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| LEXINGTON INSURANCE CO., as subrogee of TrizecHahn Corp., and AMERICAN HOME ASSURANCE CO., as subrogee of TrizecHahn Corp.<br>v.<br>GILCO SCAFFOLDING COMPANY, LLC | FILED: 5/7/2008<br>08 CV 2634 JH<br>JUDGE SHADUR<br>MAGISTRATE JUDGE VALDEZ |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LEXINGTON INSURANCE CO., as subrogee of TrizecHahn Corp., and AMERICAN HOME ASSURANCE CO., as subrogee of TrizecHahn Corp.

| NAME (Type or print) |
|---|
| Mark S. Grotefeld |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Mark S. Grotefeld |
| FIRM |
| Grotefeld & Hoffmann, LLP |
| STREET ADDRESS |
| 180 N. LaSalle Street, Ste. 1810 |
| CITY/STATE/ZIP |
| Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6180729 | 312-551-0200 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐