## United States District Court for the Northern District of Illinois

Case Number: 08CV2634                     Assigned/Issued By: J. N.

Judge Name: SHADUR                        Designated Magistrate Judge: VALDEZ

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00
               ☐ IFP         ☐ No Fee    ☑ Other  FEE DUE
               ☐ $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____              Receipt #: _____

Date Payment Rec'd: _____           Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                                  ☐ Alias Summons

☐ Third Party Summons                      ☐ Lis Pendens

☐ Non Wage Garnishment Summons             ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons       _____
                                           _____
☐ Citation to Discover Assets              (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

_____ Original and _____ copies on _____ as to _____
                                        (Date)
_____
_____